SAMPLE #2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

Plaintiff(s)

John Ozment Jr.

vs.

CASE NO. CIV-20-756-JD

Defendant(s)

John Trevino
CVR Energy Fire **COMPLAINT** Department of Wynnewood O.K.
Deliberately Started Fire for Insurance
Used Ammonia Nitrate and Gasoline

7-31-2020

*[signature]*

NOTE: Your signature, address and phone number **must** appear at the end of each pleading.