# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

JOHN OZMENT, JR.,                          )
                                           )
        Plaintiff,                      )
                                           )
v.                                         )        Case No. CIV-20-00756-JD
                                           )
JOHN TREVINO, CVR ENERGY FIRE              )
DEPARTMENT OF WYNNEWOOD OK,                )
                                           )
        Defendants.                     )

## ORDER

Before the Court is Judge Suzanne Mitchell's Report and Recommendation [Doc. No. 4] recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] be denied on the grounds that Plaintiff has sufficient discretionary income to pay the filing fee. Judge Mitchell advised Plaintiff that he may file an objection to the Report and Recommendation with the Clerk of Court by August 25, 2020, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 4 at 4-5]. *See also* 28 U.S.C. § 636.

Plaintiff did not file an objection. Further, the record reflects that Plaintiff has now paid the filing fee in full. [*See* Doc. No. 5].

The Court therefore **ADOPTS** the Report and Recommendation [Doc. No. 4] in its entirety for the reasons stated therein. Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED**.

IT IS SO ORDERED this 9th day of September 2020.


JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE